# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HODGES, | Case No. 1:21-cv-01122-JLT-SAB |
| Plaintiff, | ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES AND COSTS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 20) |
| Defendant. | |

Shawn Hodges ("Plaintiff") filed the complaint in this action on July 23, 2021. (ECF No. 1.) On May 26, 2022, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 16, 17, 18.) On August 24, 2022, Plaintiff filed a motion for the award of attorney fees in the amount of $717.88, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 20.) Plaintiff also seeks costs in the amount of $400.00. (Id.)

Typically, the parties stipulate to the award of attorney fees under the EAJA, and stipulate to costs under 28 U.S.C. § 1920. Based on the Court's record and the lack of opposition to the filed motion, the Court finds good cause to grant the Plaintiff's motion.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney fees and costs is GRANTED;
2. Plaintiff is awarded attorney fees in the amount of $717.88;
3. Plaintiff is awarded $400 in costs; and
4. The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated: **November 4, 2022**

UNITED STATES MAGISTRATE JUDGE